## No. 17,362.

Cable *v*. Smith, Individually and as Mayor
of the Town of Morrison et al.
(275 P. [2d] 945)

Decided November 1, 1954.   Rehearing denied November 22, 1954.

Mr. Norman E. Struempler, Mr. Richard S. Farr, Mr. Thomas B. Wilkins, for plaintiff in error.

Mr. J. R. Strickland, Mr. D. W. Strickland, Jr., Mr. Richard Tull, for defendants in error.

*En Banc.*

Per Curiam.

An examination of the record lodged in this court does not disclose any final judgment entered in the court below. On the authority of *Savageau v. Larson,* 117 Colo. 229, 185 P. (2d) 1012 and *Howard v. American Law Book Co.,* 121 Colo. 5, 212 P. (2d) 1006, the writ of error is dismissed.